01-15-00310-CR

NO. _____

BEFORE THE _____ COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/6/2015 5:05:18 PM
CHRISTOPHER A. PRINE
Clerk

**MIGUEL ANGEL YEPEZ, RELATOR**

**V.**

**HON. RUBEN GUERRERO, RESPONDENT**

**PETITION FOR WRIT OF MANDAMUS**

On Petition for a Writ of Mandamus from the 174th Judicial District Court
Harris County, Texas
Cause No. 1412836

Paul B. Kennedy
Attorney at Law
1415 North Loop West, Suite 102
Houston, Texas 77008
Tel: (713) 864-9727
Fax: (866) 587-2584
E-mail: pkennedy@kennedy-law.biz

Attorney for Relator, Miguel Angel Yepez